MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

KYLE F. WALDINGER (ILBN 6238304)
Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-6830
     Fax: (415) 436-7234
     Email: kyle.waldinger@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  CR 14-0493 JST |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME** |
| v. | |
| MICHAEL Q. MAI, | |
| Defendant. | |

     With the agreement of the parties, the Court enters this order (1) re-setting the initial status conference date in district court from November 4, 2014, to November 21, 2014; and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from November 4, 2014, to November 21, 2014.  The parties stipulate, and the Court finds and holds, as follows:

     1.     The parties made their initial appearance before the duty magistrate judge on October 14, 2014.  The defendant was arraigned on the Indictment and entered a not guilty plea.  The court scheduled the parties' first appearance before the then-assigned district court judge, the Honorable William H. Alsup, for November 4, 2014.  The court excluded time under the Speedy Trial Act from October 14, 2014, to November 4, 2014, for effective preparation of defense counsel.

     2.     On or about October 16, 2014, this case was re-assigned to the Honorable Jon S. Tigar

STIPULATION AND [PROPOSED] ORDER
CR 14-0493 JST

1  pursuant to the District's related-case rule.  Based on this re-assignment, the parties request that this

2  matter be placed on the Court's calendar on Friday, November 21, 2014, at 9:30 a.m. in Oakland.

3       3.    The parties also request that the Court make a finding of excludable time under the

4  Speedy Trial Act for the period November 4, 2014, to November 21, 2014.  The United States will be

5  producing several thousand pages of discovery to the defense.  Defense counsel will need time to review

6  this discovery and investigate the case.

7       4.    Based on these facts, the Court finds that, taking into the account the public interest in the

8  prompt disposition of criminal cases, excluding time between November 4, 2014, and November 21,

9  2014, is necessary for effective preparation of defense counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

10  Given these circumstances, the Court finds that the ends of justice served by excluding the period from

11  November 4, 2014, to November 21, 2014, outweigh the best interest of the public and the defendant in

12  a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  Accordingly, the Court orders that the period from

13  November 4, 2014, to November 21, 2014, be excluded from Speedy Trial Act calculations under 18

14  U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv).

15  SO STIPULATED.

16  DATED: October 17, 2014                 MELINDA HAAG
                           United States Attorney

17

18                           _____/s/_____

19                           KYLE F. WALDINGER
                         Assistant United States Attorney

20

21  DATED: October 17, 2014

22                           _____/s/_____
                         BRANDON M. LeBLANC
                         Counsel for the defendant

23                           MICHAEL Q. MAI

24

25  IT IS SO ORDERED.

26

27  DATED: October 20, 2014

28                           HON. JON S. TIGAR
                         United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER
CR 14-0493 JST