MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

KYLE F. WALDINGER (ILBN 6238304)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6830
    Fax: (415) 436-7234
    Email: kyle.waldinger@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 14-0493 JST |
|     Plaintiff, | **STIPULATION AND [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME** |
|     v. | |
| MICHAEL Q. MAI, | |
|     Defendant. | |

    With the agreement of the parties, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from November 21, 2014, to January 30, 2015. The parties stipulate, and the Court finds and holds, as follows:

    1.    The parties made their initial appearance in district court on November 21, 2014. At that appearance, the parties informed the Court that the government had provided approximately 5,000 pages of discovery to the defense. Defense counsel will need additional time to review this discovery and to investigate the case. At the appearance on November 21, 2014, the Court set a hearing date for further status on January 30, 2015, based upon the parties' joint request.

    2.    Based on these facts, the Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, excluding time between November 21, 2014, and January 30,

STIPULATION AND [PROPOSED] ORDER
CR 14-0493 JST

1  2015, is necessary for effective preparation of defense counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).
2  Given these circumstances, the Court finds that the ends of justice served by excluding the period from
3  November 21, 2014, to January 30, 2015, outweigh the best interest of the public and the defendant in a
4  speedy trial.  18 U.S.C. § 3161(h)(7)(A).

5     3.    Accordingly, and with the consent of the defendant, the Court orders that the period from
6  November 21, 2014, to January 30, 2015, be excluded from Speedy Trial Act calculations under 18
7  U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv).

8  SO STIPULATED.

9  DATED: November 24, 2014          MELINDA HAAG
    United States Attorney

11           _____/s/_____
    KYLE F. WALDINGER
12    Assistant United States Attorney

14  DATED: November 21, 2014

    _____/s/_____
15    BRANDON M. LeBLANC
    Counsel for the defendant
16    MICHAEL Q. MAI

18  IT IS SO ORDERED.

20  DATED: November  25, 2014
    _____
21    HON. JON S. TIGAR
    United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 14-0493 JST