STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
450 Golden Gate Avenue, 19th floor
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: ellen_leonida@fd.org

Counsel for Defendant
MICHAEL MAI

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| UNITED STATES OF AMERICA, | CR 14-493 JST |
|---|---|
| PLAINTIFF, | **STIPULATION AND [PROPOSED] ORDER CONTINUING OCTOBER 16, 2015 SENTENCING HEARING TO DECEMBER 11, 2015** |
| v. | |
| MICHAEL Q. MAI, | |
| DEFENDANT. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the presently scheduled sentencing date of October 16, 2015 at 9:30 a.m. be vacated and that sentencing be re-set for December 11, 2015 at 9:30 a.m.

The requested continuance is necessary because Mr. Mai's previous counsel, Brandon Leblanc, has left the Federal Public Defender's Office and his new counsel, Ellen Leonida, requires additional time to prepare for sentencing. Karen Mar, the assigned probation officer, is available on December 11, 2015.

DATED: October 2, 2015           /S/

CR 14-493 JST
Stip. to Cont. of Sent.; [Proposed] Order

1

|   |   |
|---|---|
|   | ELLEN V. LEONIDA<br>Assistant Federal Public Defender<br>Counsel for Defendant Michael Mai |
| DATED: October 2, 2015 | _____/S/_____<br>KYLE WALDINGER<br>Assistant United States Attorney |

**ORDER**

IT IS HEREBY ORDERED THAT the above-captioned matter is continued to December 11, 2015 at 9:30 a.m., for sentencing.

IT IS SO ORDERED.

DATED: October 2, 2015

_____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE

CR 14-493 JST
Stip. to Cont. of Sent.; [Proposed] Order

2